**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-2319**

———————

GARY G. HARRIS,

        Plaintiff - Appellant,

    v.

TIETEX INTERNATIONAL, LIMITED,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. J. Michelle Childs, District Judge. (7:08-cv-03020-JMC)

———————

Submitted: May 26, 2011        Decided: May 31, 2011

———————

Before KING, SHEDD, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gary G. Harris, Appellant Pro Se. Peter Brendan Murphy, Fred W. Suggs, Jr., OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary G. Harris appeals the district court's order granting summary judgment in favor of the Defendant on his action brought pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-634 (West 2008 & Supp. 2010).  We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  Harris v. Tietex Int'l, Ltd., No. 7:08-cv-03020-JMC (D.S.C. Oct. 28, 2010).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2